FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ AUG 22 2005 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

MUSHAHADA INTERNATIONAL USA, INC.,

                Plaintiff,

-against-

ACCESS POINT, INC.,

                Defendant.
-------------------------------------------------------- X

04 CV 5270 (ARR)

NOT FOR ELECTRONIC
OR PRINT
PUBLICATION

OPINION AND ORDER

ROSS, United States District Judge:

By order dated June 15, 2005, the court denied plaintiff Mushada's motion to dismiss defendant's counterclaim for fraud in the inducement. By papers dated August 12, 2005, defendant Access Point seeks a default judgment, arguing that Mushahada failed to file its responsive pleading to defendant's counterclaim following the court's previous order within the ten days allotted by Fed. R. Civ. P. 12(a)(4)(A). Mushahada filed its responsive pleading to defendant's counterclaim on August 16, 2005, after the allotted period had passed.

Were the court to enter a default judgment, Mushada could move to vacate by showing that: (1) the default was not willful; (2) setting aside the default would not prejudice Access Point; and (3) Mushahada has a meritorious defense. Enron Oil Corp. v. Diakuhara, 10 F.3d 90, 96 (2d Cir. 1993). The Second Circuit has stated that "[t]he test of [a meritorious] defense is measured not by whether there is a likelihood that it will carry the day, but whether the evidence submitted, if proven at trial, would constitute a complete defense." Pecarsky v. Galaxiworld.com Ltd., 249 F.3d 167, 173 (2d Cir. 2001) (internal quotation marks and citation

1

omitted). Because Mushahada could clearly make the requisite showing under <u>Enron Oil</u>, the court denies defendant's motion for a default judgment.

SO ORDERED.

_____
Allyne R. Ross
United States District Judge

Dated: August 18, 2005
Brooklyn, New York

SERVICE LIST:

<div style="margin-left: 2em">

<u>Attorney for Plaintiff</u>
Joseph Paul Goldberg
Bondy & Schloss, LLP
60 East 42nd Street, 37th Floor
New York, NY 10165

<u>Attorney for Defendant</u>
Jonathan K. Cooperman
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

</div>

cc: **Magistrate Judge Joan M. Azrack**